# CASE NO. 17-8016

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

STEAK 'N SHAKE OPERATIONS, INC.
*Defendant, Petitioner*

v.

CHRISTOPHER MIELO and SARAH HEINZL,
individually, and on behalf of all others similarly situated,
*Plaintiffs, Respondents*.

*On Petition for Permission to Appeal from an Order Granting Class Certification
by the United States District Court for the Western District of Pennsylvania
Case No. 15-cv-180 (the Honorable Robert C. Mitchell)*

―――――――――――――――――――――――――

## RESPONDENTS' MOTION FOR LEAVE TO FILE
## RESPONSE OUT OF TIME

―――――――――――――――――――――――――

**CARLSON LYNCH SWEET &
KILPELA & CARPENTER, LLP**
Benjamin J. Sweet
PA Bar No. 87338
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
(p) (412) 322-9243
(f) (412) 231-0246
bsweet@carlsonlynch.com

*[Additional counsel on signature page]*

May 25, 2017                    *Attorney for Plaintiffs, Respondents*

Plaintiffs/Respondents Christopher Mielo and Sarah Heinzl ("Respondents") respectfully request permission to file out of time their answer in opposition to Steak 'N Shake Operations, Inc.'s petition for permission to appeal. As grounds in support of their motion, Respondents show the following:

1. Due to a clerical error, Respondents mistakenly calendared their response date as May 25, 2017, instead of May 22, 2017, which was the correct filing deadline.

2. As a result of this error in calculation, Respondents filed their Answer out-of-time three days after the filing deadline set forth in Fed. R. App. P. 5(b)(2).

3. Steak 'N Shake will not suffer prejudice if Respondents are granted leave to file their Answer three days late.

WHEREFORE, Respondents respectfully request that this Court accept the late filing of Respondents' answer in opposition to Steak 'N Shake's petition for permission to appeal.

Dated: May 25, 2017                    Respectfully submitted,

                                            *s/ Benjamin J. Sweet*

Benjamin J. Sweet (ID No. 87338)
Edwin J. Kilpela (ID No. 201595)
Stephanie Goldin (ID No. 202865)
CARLSON LYNCH SWEET KILPELA
& CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
ekilpela@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

*Attorneys for Respondents*

## **COMBINED CERTIFICATIONS**

I, Benjamin J. Sweet, signing counsel for Respondents, hereby certify as follows:

1. Pursuant to Rule 46.1 of the Local Appellate Rules for the United States Court of Appeals for the Third Circuit, I certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

2. This Motion complies with the requirements of Rule 32.1 of the Local Appellate Rules for the United States Court of Appeals for the Third Circuit, the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) as it has been prepared in 14-point font, Times New Roman, a proportionally spaced typeface.

3. On today's date, May 25, 2017, I filed this Motion with the Clerk of the United States Court of Appeals for the Third Circuit via the Court's CM/ECF system, which will cause service on counsel for all parties of record, who are registered CM/ECF Users.

*s/ Benjamin J. Sweet*
Benjamin J. Sweet